UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO GONZALEZ ALCALA,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director,<br>U.S. Immigration and Customs Enforcement,<br><br>Respondent. | CASE NO. C08-1674-MJP-BAT<br><br>REPORT AND RECOMMENDATION |

On November 17, 2008, petitioner Francisco Gonzalez Alcala, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the U.S. Immigration and Customs Enforcement. (Dkt. 6). On January 7, 2009, however, respondent filed a Motion to Dismiss for Mootness, along with documentation indicating that petitioner was removed to Mexico on December 13, 2008, and that petitioner's habeas petition has become moot and should be dismissed. (Dkt. 11).

The Court agrees with respondent that petitioner's habeas petition is moot and should be dismissed. For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002). "When a controversy no longer exists, the case is moot." *Id*. Because petitioner has been removed and is no longer detained by ICE, the Court finds that petitioner's request for release

REPORT AND RECOMMENDATION - 1

from detention should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I recommend that this action be dismissed with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 8th day of January, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2